IN THE UNITED STATES DISTRICT COURT IN
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHARON MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number 04-1115-HFS |
| ) | |
| ) | |
| TYSON FOODS, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant stipulate to the dismissal of the above-captioned case with prejudice, each party to pay her/its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| **HOLMAN SCHIAVONE, LLC** | **LATHROP & GAGE, LC** |
| By:/s/ Kirk D. Holman | |
| Kirk D. Holman Mo#50715 | Michael A. Williams |
| 4600 Madison Ave, Suite 810 | 2345 Grand Blvd, Suite 2800 |
| Kansas City, Missouri 64112 | Kansas City, Missouri 64108 |
| 816.283.8738 | 816.460.5562 |
| 816.283.8739 (fax) | 816.292.2001 (fax) |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

KC-1484740-1